| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CHRISTOPHER KING PHELAN, §
§
      Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:07-CV-151
§
PROMILES SOFTWARE §
DEVELOPMENT CORPORATION, §
§
      Defendant. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07 entered on March 22, 2007.  The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to plaintiff's dismissal of his claims upon receipt of closing papers from the parties.

The magistrate judge's report is hereby **ADOPTED**.  The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 20th day of February, 2008.

                                                          */s/ Marcia A. Crone*
                                            MARCIA A. CRONE
                                     UNITED STATES DISTRICT JUDGE